1  ANTHONY M. BARNES, SBN 199048
   Email: amb@atalawgroup.com
2  JASON R. FLANDERS, SBN 238007
   Email: jrf@atalawgroup.com
3  AQUA TERRA AERIS (ATA) LAW GROUP
4  4030 Martin Luther King Jr. Way
   Oakland, CA 94609
5  Telephone: (917) 371-8293

6  ERIN K. CLANCY, SBN 249197
7  Email: erin@cacoastkeeper.org
   CALIFORNIA COASTKEEPER ALLIANCE
8  1100 11th Street, 3rd Floor
   Sacramento, CA 95814
9  Telephone: (619) 313-3037

10
   *Attorneys for Plaintiffs*
11 CALIFORNIA COASTKEEPER, INC., dba
   CALIFORNIA COASTKEEPER ALLIANCE, and
12 THE OTTER PROJECT, INC., for itself and for
   MONTEREY COASTKEEPER, a program of
13 THE OTTER PROJECT, INC.

14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
16

17

| | |
|---|---|
| CALIFORNIA COASTKEEPER, INC., doing business as CALIFORNIA COASTKEEPER ALLIANCE, a nonprofit corporation, and THE OTTER PROJECT, INC., for itself and for MONTEREY COASTKEEPER, a program of THE OTTER PROJECT, INC., a nonprofit corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STURDY OIL COMPANY, INC., a California corporation,<br><br>　　　　　　　　　Defendant. | Case No.: 5:20-cv-08304-NC<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, on December 17, 2020, Plaintiffs CALIFORNIA COASTKEEPER, INC., dba CALIFORNIA COASTKEEPER ALLIANCE, and THE OTTER PROJECT, INC., MONTEREY COASTKEEPER ("Plaintiffs") and Defendant STURDY OIL COMPANY ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on December 17, 2020, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #8); and

WHEREAS, on December 23, 2020, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by February 1, 2021, 2020 (ECF #10); and

WHEREAS, on February 1, 2021, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

DATED: February 2, 2021                                    AQUA TERRA AERIS LAW GROUP

*/s/Anthony M. Barnes*
Anthony M. Barnes
Attorneys for Plaintiffs